AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Harrison Division

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | No. 3:22-CR-30002 |
| ) | |
| Garrett Colby Angel ) | |
| *Defendant* ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay __GARRETT COLBY ANGEL__, who is accused of an offense or violation based on the following document filed with the court:

**X** Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

**One Count- Distribution of a Mixture or Substance Containing a Detectable Amount of Methamphetamine – No Amounts Alleged - 21 U.S.C. § 841(a)(1); Conspiracy – 21 U.S.C. § 846**
**One Count- Possession With Intent to Distribute More Than Five (5) Grams of Actual Methamphetamine or More Than Fifty (50) Grams of a Mixture or Substance Containing Methamphetamine - 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(B)(viii)**

Date: __03/02/2022__

*Michelle McEntire*
*Issuing officer's signature*

City and state: __Fort Smith, Arkansas__

__Jamie K. Giani, U.S. Clerk__
*Printed name and title*

### Return

This warrant was received on *(date)* __03-09-2022__, and the person was arrested on *(date)* __03-09-2022__ at *(city and state)* __Harrison, Arkansas__.

Date: __03-09-2022__

*Cody Middleton*
*Arresting officer's signature*

__FBI TFO Cody Middleton__
*Printed name and title*