IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                                                  PLAINTIFF

v.                                    Case No. 3:22-cr-30002-001

GARRETT COLBY ANGEL                                                                      DEFENDANT

**O R D E R**

At the arraignment and plea conducted on the Indictment, the Defendant agreed to waive the issue of detention pending the final disposition of the case; accordingly, the Court considers the matter waived. The Defendant is detained, subject to reconsideration on motion of Defendant.

Dated: March 14, 2022.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE